

[28 NE3d 534, 5 NYS3d 355]

In the Matter of JEFFREY P. DORRANCE.

Decided March 26, 2015

**OPINION OF THE COURT**

On the Court's own motion, it is determined that the Honorable Jeffrey P. Dorrance is suspended, with pay, effective immediately, from the office of Justice of the Green Island Town Court, Albany County, pursuant to New York Constitution, article VI, § 22 (f) and Judiciary Law § 44 (8) (b).

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.

ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by Association of Mortgage Investors for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by Association of Financial Guaranty Insurers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by National Credit Union Administration Board for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.

ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted March 23, 2015; decided March 26, 2015

Motion by LNR Partners, LLC et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.